1  Mark B. Hutton
   Lead Counsel
2  KS Bar #10112
   HUTTON & HUTTON LAW FIRM, L.L.C.
3  8100 East 22nd Street North
   Building 1200
4  P.O. Box 638 (67201)
   Wichita, KS 67226
5  Telephone: (316) 688-1166
   Fax: (316) 686-1077
6  Trial.Lawyers@huttonlaw.com
   Attorneys for Plaintiffs
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 13 PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| 14 This Document Relates To: | |
| 15 *Kim Ann Rumery, et al. v. Pfizer Inc, et al.* (07-0360 CRB) 16 | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| 17 *Roger L. Geis, et al. v. Pfizer Inc, et al.* (07-1471 CRB) | |
| 18 *Paula Deaton, et al. v. Pfizer Inc, et al.* (08-0705 CRB) 19 | |
| 20 *Deanna K. Renyer, et al. v. Pfizer Inc, et al.* (08-3742 CRB) | |
| 21 | |

22
          Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
23
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
24
   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
25
   //
26
   //
27
   //
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: _____, 2010          By: _____

**HUTTON & HUTTON LAW FIRM, L.L.C.**
8100 East 22nd Street North Bldg. 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: (316) 688-1166
Facsimile: (316) 686-1077
Trial.Lawyers@huttonlaw.com

*Attorneys for Plaintiffs*

DATED: Mar. 17, 2010          By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 5 2010          _____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE